1  J. Russell Stedman (117130)
   rstedman@bargerwolen.com
2  Brendan V. Mullan (267613)
   bmullan@bargerwolen.com
3  BARGER & WOLEN LLP
   650 California Street, 9th Floor
4  San Francisco, California  94108-2713
   Telephone:  (415) 434-2800
5  Facsimile:   (415) 434-2533

6  Attorneys for Defendant
   UNITED OF OMAHA LIFE
7  INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEANN BRADY, | CASE NO.:  3:12-cv-02245 EMC |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | ORDER |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | F.R.C.P. 41(a)(1)(A(ii) |
| Defendant. | |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

STIPULATION OF DISMISSAL
CASE NO. 3:12-cv-02245-EMC

1     WHEREAS on November 15, 2012, the parties attended a Mandatory Settlement Conference before the Honorable Elizabeth D. Laporte of the United States District Court for the Northern District of California;

    WHEREAS as a result of that Mandatory Settlement Conference, the parties reached a settlement agreement;

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the above-captioned action be and hereby is dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1)(A)(ii). Each party to bear its own fees and costs.

Dated: December 7, 2012     PILLSBURY & LEVINSON LLP

By:    /s/ Terrence Coleman
TERRENCE J. COLEMAN
BRIAN H. KIM
Attorneys for Plaintiff
LEANN BRADY

Dated: December 7, 2012     BARGER & WOLEN LLP

By:    /s/ J. Russell Stedman
J. RUSSELL STEDMAN
BRENDAN V. MULLAN
Attorneys for Defendants UNITED OF OMAHA LIFE INSURANCE COMPANY

IT IS SO ORDERED.

_____
EDWARD M. CHEN
U.S. DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen (signature seal, United States District Court, Northern District of California)*

STIPULATION OF DISMISSAL
CASE NO. 3:12-cv-02245-EMC

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

FILER'S ATTESTATION

I, J. Russell Stedman, am the ECF user whose ID and password are being used to file this Stipulation of Dismissal of Entire Action with Prejudice. In compliance with General Order 45, X.B, I hereby attest that the other attorney listed as a signatory above has concurred in this filing.

Date: December 7, 2012  /s/ J. Russell Stedman

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-
STIPULATION OF DISMISSAL
CASE NO. 3:12-cv-02245-EMC